Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

# UNITED STATES DISTRICT COURT
### for the

_____ District of _____

_____ Division

ANDRE JONES

_____
Plaintiff(s)
*(Write the full name of each plaintiff who is filing this complaint.*
*If the names of all the plaintiffs cannot fit in the space above,*
*please write "see attached" in the space and attach an additional*
*page with the full list of names.)*

-v-

MONROE COUNTY JAIL - NUTRITION DEPARTMENT

_____
Defendant(s)
*(Write the full name of each defendant who is being sued. If the*
*names of all the defendants cannot fit in the space above, please*
*write "see attached" in the space and attach an additional page*
*with the full list of names. Do not include addresses here.)*

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. _____

*(to be filled in by the Clerk's Office)*

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
### (Prisoner Complaint)

---

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## I.    The Parties to This Complaint

### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

Name      ANDRE JONES

All other names by which you have been known:

ID Number      MCJ    /    LCJ    #217769 / #297829

Current Institution      LIVINGSTON COUNTY JAIL

Address      4 COURT ST.

GENESEO , NEW YORK     14454
City      State      Zip Code

### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  Make sure that the defendant(s) listed below are identical to those contained in the above caption.  For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both.  Attach additional pages if needed.

Defendant No. 1

Name      MONROE COUNTY JAIL

Job or Title *(if known)*      NUTRITION DEPARTMENT

Shield Number

Employer

Address      130 SOUTH PLYMOUTH AVE

ROCHESTER      NEW YORK     14614
City      State      Zip Code

☐ Individual capacity      ☒ Official capacity

Defendant No. 2

Name

Job or Title *(if known)*

Shield Number

Employer

Address

     City      State      Zip Code

☐ Individual capacity      ☐ Official capacity

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

Defendant No. 3

    Name

    Job or Title *(if known)*

    Shield Number

    Employer

    Address

|  | City | State | Zip Code |
|---|---|---|---|

☐ Individual capacity   ☐ Official capacity

Defendant No. 4

    Name

    Job or Title *(if known)*

    Shield Number

    Employer

    Address

|  | City | State | Zip Code |
|---|---|---|---|

☐ Individual capacity   ☐ Official capacity

## II.   Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.   Are you bringing suit against *(check all that apply)*:

    ☐ Federal officials (a *Bivens* claim)

    ☒ State or local officials (a § 1983 claim)

B.   Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

- EIGHTH AMENDMENT VIOLATION
- FAILURE TO PROTECT ME FROM HARM
- NUTRITIONAL

C.   Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

NUTRITION DEPARTMENT PUT ALLERGIC ITEM (EGGS) ON My DIETARY TRAY

## III. Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

☒ Pretrial detainee

☐ Civilly committed detainee

☐ Immigration detainee

☐ Convicted and sentenced state prisoner

☐ Convicted and sentenced federal prisoner

☐ Other *(explain)*

## IV. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose.

B. If the events giving rise to your claim arose in an institution, describe where and when they arose.

MONROE COUNTY JAIL, 2 NORTH DORM AT APPRX. 7:45 AM ON DECEMBER 7, 2024

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

C.      What date and approximate time did the events giving rise to your claim(s) occur?

DECEMBER 7, 2024 AT APPRO. 7:45 AM

D.      What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

I INGESTED WHAT I THOUGHT TO BE PINEAPPLES ON MY BREAKFAST TRAY WHICH TURNED OUT TO BE EGGS. I SUFFERED A SEIZURE, MILD CONCUSSION AND HIVES DUE TO AN ALLERGIC REACTION TO THE EGGS

## V.    Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

I HAD A SEIZURE, I BROKE OUT IN HIVES AND I SUFFERED A MILD CONTUSION. I WAS GIVEN BENADRYL FOR THE HIVES, BUT, I WASN'T TAKEN TO AN OUTSIDE HOSPITAL TO RULE OUT A CONCUSSION, I WAS KEPT FOR 24HR OBSERVATION AND SENT BACK TO DORM

## VI.   Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

KITCHEN STAFF BE MORE MINDFUL OF SPECIAL DIETS AND DOUBLECHECK DIET TRAYS BEFORE THEY LEAVE THE KITCHEN
DAMAGES - $500,000.00

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## VII.    Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A.    Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☒ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

MONROE COUNTY JAIL

B.    Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☒ Yes

☐ No

☐ Do not know

C.    Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☒ Yes

☐ No

☐ Do not know

If yes, which claim(s)?

STATED IN ATTATCHED GREIVANCE RESPONSE.

D.    Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☒ Yes

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☐ No

E.    If you did file a grievance:

1.    Where did you file the grievance?

MONROE COUNTY JAIL

2.    What did you claim in your grievance?

THAT ON DECEMBER 7, 2024 DURING BREAKFAST I INGESTED FOOD (EGGS) THAT I WAS ALLERGIC TO AND SUFFERED SEIZURES, HIVES AND A MILD CONTUSION

3.    What was the result, if any?

4.    What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

F.      If you did not file a grievance:

    1.   If there are any reasons why you did not file a grievance, state them here:

    2.   If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

G.      Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII.  Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☒ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

A.    Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes

▨ No

B.    If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below.  *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

    1.    Parties to the previous lawsuit

        Plaintiff(s) _____

        Defendant(s) _____

    2.    Court *(if federal court, name the district; if state court, name the county and State)*

        _____

    3.    Docket or index number

        _____

    4.    Name of Judge assigned to your case

        _____

    5.    Approximate date of filing lawsuit

        _____

    6.    Is the case still pending?

        ☐ Yes

        ☐ No

        If no, give the approximate date of disposition. _____

    7.    What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

        _____

        _____

C.    Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## IX.     Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.     For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:

Signature of Plaintiff

Printed Name of Plaintiff          ANDRE JONES

Prison Identification #          #214769  /  #397829

Prison Address          4 COURT ST.

~~ROCHESTER~~ GENESEO *City*          N Y *State*          14454 *Zip Code*

### B.     For Attorneys

Date of signing:          ~~PRO SE~~

Signature of Attorney          PRO SE

Printed Name of Attorney

Bar Number

Name of Law Firm

Address

                              *City*               *State*          *Zip Code*

Telephone Number

E-mail Address

Page 11 of 11

Incarcerated Individual Andre Jones                    December 15th 2024

ID # 217769                                            Location: 2 North


Grievance #24-- Decision & Response


II Jones does have a medical diet s stating his tray should be no fish, eggs, tomatoes, or Onions.  This portion or the grievance is accepted as he did receive a tray with eggs on it. Deputy Niedirt did what he was trained to do when he found II Jones in distress. This portion of the grievance is denied on merits.


Grievance Officer

Sergeant S. Pfeffer 3195

COPY OF SUBMITTED GRIEVENCE 12/9/24  10:01 AM

On Dec. 7, 2024 at approximately 7:37-7:45 AM I came out of my cell for breakfast and grabbed my diet tray from the officer's station, I sat my tray on the table to retrieve something from my cell and when I returned I commenced to eating my food. Unbeknownst to me there was eggs on my tray, I mistook the eggs for diced pineapples and started to eat them. The next thing I remember is waking up to a group of deputies standing over me with medical personnel in tow. I was given smelling salts to revive me and Benadryl to help with the hives that were starting due to my allergic reaction to the eggs. I've complained to the deputies on numerous occasions about my allergies to certain foods and the kitchen kept disregarding my complaints and putting these items (i.e tomatoes, onions, fish, and eggs) on my tray. On Mon. Dec. 2nd, 2024 at dinner in 2-north I informed deputy Bailey of eggs being present on my diet tray and showed him my diet sticker which "CLEARLY" stated "NO EGGS". He called the kitchen and (2) two hours later I was sent peanut butter and jelly to compensate. I've been told numerous times that the problem was taken care of, but obviously it hasn't if I'm writing this grievence. I was also told that the kitchen supervisor said they had no such record on file concerning my food allergies; I find this odd because I've been coming in and out of this facility since I was 15 yrs. old and I am now 53 yrs. of age. There's no way that in 38 yrs. you don't have a record of someone's allergies when medical does an intake everytime you come in. I feel that my life is in danger and there is no concern for my safety and care in the custody of the Monroe County Jail, my life was almost taken from me because someone didn't take the time to check my diet tray before it left the kitchen. There was an incident back in November when I informed deputy Gentile about my tray having tomato sauce on it and when he called the kitchen they blew him off and didn't respond. I was so upset that a couple of men in 2-north got together and gave me something to eat because they saw that my actions were going to result in the deputy's distress call being given and me being taken away in restraints. I'm scared to even touch another tray in here for

fear of them putting something in my food, I don't want to starve, but, what am I supposed to do? On the day of my seizure deputy Niedert violated my 8th admenment when he failed to take the proper measurements to ensure my safety while in his custody and care. Furthermore he (dep. Niedert) didn't perform any of his proper training techniques that he was taught when a situation of this magnitude occured... (review cctv footage on 2 North at approx. 7:37 - 7:45 am) Had it not been for the deputy turning me on my side I would've choked on the particles of egg that were lodged in my throat. Honestly I don't feel safe here, I feel like my life doesn't mean anything to the staff and I'm just one more criminal they don't have to worry about if I'm dead and gone and that scares me to no end.

## ACTION REQUIRED

I am requesting that the kitchen staff on duty that day be removed, deputy Niedert be removed of his duties as an officer for failing to remedy a wrong and for not taking proper measurements to ensure the safety of an inmate in his care. In addition I am requesting monetary damages to compensate me for my near death experience and injuries suffered (i.e hives, siezures, and mild contusion on head). Furthermore I am requesting immediate release because I no longer feel safe here in the hands of staff at the Monroe County Jail. If they can allow something like this to happen there's no doubt in my mind that I would be subjected to worse if I stay here. I could've suffered a concussion when I fell and bumped my head, yet I was never taken to an outside hospital to rule this out especially since I have siezures.

Revised 05/01 WDNY

# AFFIDAVIT OF SERVICE
### (If you <u>are</u> having your signature notarized, use this form)

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

_ANDRE JONES_ ,

Plaintiff(s),

v.

_MONROE County Jail-NUTRITION DEPT._

Defendant(s).

AFFIDAVIT OF SERVICE

_____-CV-_____

STATE OF NEW YORK      )
COUNTY OF _MONROE_     ) ss.:

I, (print your name) _ANDRE JONES_ , served a copy of the attached papers
(state the name of your papers) _GRIEVANCE # 24 DECISION AND RESPONSE_
_AND COPY OF GRIEVANCE SUBMITTED ON 12/9/24_
_____

upon all other parties in this case
by mailing [~~■■■■~~] by hand-delivering [            ] (check the method you used)
these documents to the following persons (list the names and addresses of the people you served)
_____
_____
_____
_____
_____
_____
_____
_____

on (date service was made) _____

_____
(your signature)

Sworn to before me this _7th_
day of _March_ , _2025_

_____
Notary Public

PATRICIA D. AVERY
Notary Public - State of New York
Qualified in Livingston County
Reg. No. 01AV6125624
My Commission Expires April 18, 20_25_

ANDRE JONES
Livingston County Jail
4 Court Street
Geneseo, NY 14454

FIRST-CLASS

US POSTAGE ᵗᵐPITNEY BOWES

ZIP 14454 $001.53⁰
02 7W
0008033701 MAR 11 2025

25 CV 6083

UNITED STATES District Court Clerk
2120 U.S. CourtHouse
100 State St.
Rochester, NY 14614

LEGAL MAIL