**Department of Law**
*Monroe County, New York*

**Adam J. Bello**
*County Executive*

**Matthew Schwartz**
*County Attorney*

August 14, 2026

***Via CM/ECF***
Hon. Frank P. Geraci
United States District Court
100 State Street
Rochester, New York 14614

**Re: Status Report**
*Jones v. Monroe County Jail,* Case No. 6:25-cv-06083-FPG

Dear Judge Geraci:

I am submitting a status report on behalf of the Monroe County Law Department in accordance with the Court's Text Order entered July 15, 2026. [*See* CM/ECF Doc. No. 31].

Justin Iorio and Betty White are employed by Trinity Services Group, Inc. ("Trinity"). Trinity is the commissary contractor for the Monroe County Jail.

Upon information and belief, the Summons and Amended Complaint were received by Justin Iorio and Betty White. As of July 21, 2026, Rod Wasicsko, Food Service Director-Unit 30214, Trinity Services Group, Inc. was working with Betty White and Justin Iorio to get the Acknowledgements completed.

Upon information and belief, the matter was referred to Trinity's legal department, and these are the individuals who may be contacted:
Alex Chosid Alex.Chosid@tkcholdings.com
Kristen Macdonald Kristen.MacDonald@tkcholdings.com

I was not able to obtain any further information.

Respectfully submitted,

*/s/ Alissa M. Brennan*
Alissa M. Brennan
Senior Deputy County Attorney
(585) 753-1433
alissabrennan@monroecounty.gov

cc: ***By Regular Mail***
Andre L. Jones
48518511
CUMBERLAND FEDERAL CORRECTIONAL INSTITUTION
Inmate Mail/Parcels
P.O. BOX 1000
CUMBERLAND, MD 21501